IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE I, ET AL. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00199 |
| ) | Judge Trauger |
| THE UNIVERSITY OF TENNESSEE, ET AL., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The plaintiffs have filed a Motion for Temporary Restraining Order (Docket No. 4), seeking to enjoin a hearing scheduled for Wednesday, February 17, 2016. The plaintiffs have known about this hearing for some time but chose to file this motion after business hours on the Friday afternoon before a 3-day holiday weekend.

The Motion is DENIED for failure to comply with Federal Rule of Civil Procedure 65(b)(1)(B) and Local Rule 65.01. No counsel has yet entered an appearance of record for any of the defendants in this case. Therefore, notice of this motion given to the defendants by noting it was "filed electronically" (Docket No. 4 at 21) is totally insufficient.

It is so **ORDERED.**

Enter this 16th day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge