IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE I, ET AL. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00199 |
| ) | Judge Trauger |
| THE UNIVERSITY OF TENNESSEE, ET AL., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The Amended Motion for Temporary Restraining Order filed on February 15, 2016 (Docket No. 5) suffers from the same procedural deficiencies as the original motion. It is, therefore, DENIED for the same reasons.

It is so **ORDERED.**

Enter this 16th day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge