UNITED STATES DISTICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE I, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, JANE DOE VI, JANE DOE VII, and JANE DOE VIII, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNIVERSITY OF TENNESSEE, <br><br> Defendant. | Case No. 3:16-cv-199 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss filed by the defendant the University of Tennessee ("UT") (Docket No. 31) is hereby **DENIED IN PART**. UT's request to dismiss this action for lack of venue or, alternatively, transfer it to the United States District Court for the Eastern District of Tennessee at Knoxville is **DENIED**. UT's request to strike paragraph 26 of the First Amended Complaint is also **DENIED**.

Is it so **ORDERED**.

Enter this 29th day of March 2016.

_____
ALETA A. TRAUGER
United States District Judge