IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE I, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:16-0199 |
| | ) | JURY DEMAND |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| THE UNIVERSITY OF TENNESSEE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on Defendant's Unopposed Motion for Extension of Time to Answer Plaintiffs' First Amended Complaint. There being no objection and the Court being otherwise sufficiently advised, Defendant's Motion is hereby GRANTED. Defendant shall file its Answer to Plaintiffs' First Amended Complaint no later than July 7, 2016.

IT IS SO ORDERED.

ENTERED this \_\_1st\_\_ day of \_\_July\_\_, 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

Approved for Entry:

**NEAL & HARWELL, PLC**

By:   s/Kendra E. Samson
      William T. Ramsey, #009245
      Kendra E. Samson, # 018976
      Robert A. Peal, #025629

150 Fourth Avenue North, Suite 2000
Nashville, TN 37219
(615) 244-1713 – Telephone
(615) 726-0573 – Fax
bramsey@nealharwell.com
ksamson@nealharwell.com
rpeal@nealharwell.com

By:   s/Brian A. Lapps, Jr.
      Brian A. Lapps, Jr.

Deputy General Counsel
University of Tennessee
719 Andy Holt Tower
Knoxville, Tennessee 37996
(865) 974.0328 – Telephone
blapps@tennessee.edu
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of June, 2016, this document was electronically filed with the Court and a copy was served via the method(s) indicated below, on the following counsel of record:

| | |
|---|---|
| ☐ Hand | David Randolph Smith |
| ☐ Mail | Dominick R. Smith |
| ☐ Fax | W. Lyon Chadwick |
| ☐ Fed. Ex. | Christopher W. Smith |
| ☐ E-Mail | **David Randolph Smith & Associates** |
| ☒ EFS | 1913 21st Avenue South |
| | Nashville, TN 37212 |

                                                   s/Kendra E. Samson